UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jonathan Andrew Perfetto

v.

Civil No. 15-cv-244-JL

NH Department of Corrections,
Commissioner et al


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 16, 2015.


SO ORDERED.

_____
Joseph N. Laplante
Chief Judge


Date: December 29, 2015

cc:  Jonathan Andrew Perfetto, pro se